FILED
NOV 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VINCENT J. KENSIL, | ) |
| Plaintiff | ) Civil Action No.: |
| v. | ) |
| UNION LABOR LIFE INSURANCE COMPANY, <br> 1625 Eye Street, NW <br> Washington, DC 20006 | ) |
| and | ) |
| UNIONCARE, INC. <br> 1625 Eye Street, NW <br> Washington, DC 20006 | ) |
| and | ) CASE NUMBER 1:05CV02261 <br> JUDGE: Ellen Segal Huvelle <br> DECK TYPE: Employment Discrimination <br> DATE STAMP: 11/21/2005 |
| ULLICO, INC. <br> 1625 Eye Street, NW <br> Washington, DC 20006 | ) |
| and | ) |
| ULLICO MANAGEMENT COMPANY, INC. <br> 1625 Eye Street, NW <br> Washington, DC 20006 | ) |
| and | ) |
| EDWARD GREBOW <br> 1625 Eye Street, NW <br> Washington, DC 20006 | ) |
| and | ) |
| MARK ERNEST SINGLETON <br> 1625 Eye Street, NW <br> Washington, DC 20006 | ) |
| and | ) |

JURY ACTION

LEGAL_US_E # 70237600.1

|  |  |
|---|---|
| MARK M. HILL<br>3527 Marcey Creek Road<br>Laurel, MD 20724<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, *et seq.*, Defendants The Union Labor Life Insurance Company, *et al.*, ("ULLICO"), hereby remove the entire civil action filed in the Superior Court for the District of Columbia, captioned <u>Vincent J. Kensil v. Union Labor Life Insurance Company, et al.</u> (C.A. No. 2005 CA 007313), to this Court. A copy of the Complaint (hereinafter "Complaint"), all process, pleadings and orders are attached. The ground for removal is that this civil action arises under this Court's federal question jurisdiction over actions alleging violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-34; 28 U.S.C. § 1331, as more fully stated below:

    1. The Complaint was filed in the Superior Court for the District of Columbia on September 9, 2005, and was not received by Defendant earlier than October 31, 2005.

    2. Count III of the Complaint explicitly seeks relief under the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-34.

    3. Federal courts have federal question jurisdiction over these counts pursuant to 29 U.S.C. § 633a(c); 28 U.S.C. § 1331.

    4. Count III is therefore removable under 28 U.S.C. §1441(a) because it states a claim arising under the laws of the United States over which this Court has original jurisdiction.

LEGAL_US_E # 70237600.1

5. Counts I and II of the Complaint allege age discrimination under the DC Human Rights Act. These counts are removable under the court's supplemental jurisdiction pursuant to 28 U.S.C. §1441(c).

6. Written notice of this removal will be served promptly on Plaintiff's counsel, and a copy of said notice filed with the Clerk of the Superior Court of the District of Columbia as required by 29 U.S.C. §1446(d).

Respectfully submitted,

Neal D. Mollen (D.C. Bar #413842)
John P. Isa (D.C. Bar #472212)
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700

Attorneys for Defendants

Dated: November 21, 2005

LEGAL_US_E # 70237600.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2005, a true and correct copy of the foregoing Notice of Removal was served by hand to:

    C. Michael Tarone
    900 17th Street, NW, Suite 1250
    Washington, D.C. 20006
    (202)293-3200

    Counsel for Plaintiff

                                                _____
                                                John P. Isa