# United States District Court
# For the District of Columbia



**FILED**

NOV 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vincent Kensil, )
)
)
)
Plaintiff )
vs )
)
Union Labor Life Insurance Company and Union Care, Inc. and )
ULLICO, Inc. and ULLICO Manangment Company, Inc. and )
Edward Grebow and Mark Ernest Singleton and Mark M. Hill )
)
Defendant )

CASE NUMBER   1:05CV02261

JUDGE: Ellen Segal Huvelle

DECK TYPE: Employment Discrimination

DATE STAMP: 11/21/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __ULLICO, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ULLICO, Inc._____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

#472212
BAR IDENTIFICATION NO.

John P. Isa
Print Name

875 15th Street, N.W. Suite 1000
Address

Washington, DC         20005
City           State        Zip Code

(202) 551-1700
Phone Number