# United States District Court
# For the District of Columbia



FILED

NOV 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Vincent Kensil,

                  Plaintiff

vs

Union Labor Life Insurance Company and Union Care, Inc. and ULLICO, Inc. and ULLICO Manangment Company, Inc. and Edward Grebow and Mark Ernest Singleton and Mark M. Hill

                  Defendant

CASE NUMBER  1:05CV02261

JUDGE: Ellen Segal Huvelle

DECK TYPE: Employment Discrimination

DATE STAMP: 11/21/2005

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  ULLICO Management Company, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  ULLICO Management Company, Inc.  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

John P. Isa
Print Name

#472212
BAR IDENTIFICATION NO.

875 15th Street, N.W. Suite 1000
Address

Washington, DC      20005
City          State          Zip Code

(202) 551-1700
Phone Number