LAW OFFICES
## McDonald & Karl
SUITE 1250
800 SEVENTEENTH STREET, N.W.
WASHINGTON, D.C. 20006

(202) 293-3200
FAX: (202) 429-1851

MAY 12

BRADLEY G. McDONALD
JOHN F. KARL, JR.
C. MICHAEL TARONE*
NANCY J. MALIRT
WILLIAM P. FARLEY*†

* ALSO ADMITTED IN NY
† ALSO ADMITTED IN MD

OF COUNSEL
WILLIAM B. MOORE*
*ADMITTED IN VA ONLY

May 12, 2004

By Fax: 202-682-6784
For Settlement Purposes Only

Patrick McGlone, Esquire
Union Labor Life Insurance Company
1625 I Street, NW
Washington, DC 20006

Re: Vincent Kensil

Dear Mr. McGlone:

I called recently to introduce myself because I am representing Vincent Kensil, and because there will be a voluntary mediation at the EEOC between Mr. Kensil and ULLICO on May 26, 2004. Mr. Kensil filed a charge of discrimination with the EEOC under the Age Discrimination in Employment Act, which was cross-filed with the D.C. Human Rights Commission under the D.C. Human Rights Act on the same grounds.

**REDACTED**

Perhaps the opportunity for us to meet privately before the mediation would be helpful. My office is one block away. If you agree, I will accommodate your schedule. I look forward to hearing from you. Thank you.

Very truly yours,

C. Michael Tarone

cc: Vincent Kensil