

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N.W., Suite 100
Washington, D.C. 20507-1002
General Phone: (202) 419-0700
TTY (202) 419-0702

ADR PROGRAM PHONE: (202) 419-0727
ADR FAX (202) 419-0740
www.eeoc.gov

August 23, 2004

*via facsimile...(202) 682-6784*

Patrick McGlone, Esq.
ULLICO, Inc.
1625 I Street, NW
Washington, DC 20006

Re: **V. Kensil v. ULLICO, Inc.**
Charge #:100 2004 00466

Dear Respondent:

Thank you for your participation in the Washington Field Office's mediation program. However, since the process was unsuccessful, the position statement is due 30 days from the date of this letter to the attention of Janice Campbell, Enforcement Supervisor. Please note it is office policy not to grant extensions. Any questions or correspondence regarding the position statement should be directed to Ms. Campbell.

In accordance with current alternative dispute resolution initiatives, the Commission encourages mediation throughout the enforcement process. Should you and the charging party be interested in pursuing this option in the future please contact the assigned mediator or make such request known to Ms. Campbell in order for the the ADR Program to consider resolution.

Respectfully,

John L. Woods, Jr.
ADR Coordinator
(202) 419 0700

MAIL HARD COPY : [ ] yes     [ ✓ ] no

**PRIVILEGED and CONFIDENTIAL**

All information transmitted hereby is intended for the use of the addressee named above. If the reader of this message is not the addressee or an employee or agent responsible for delivering this message to the addressee, please note that any distribution or copying of the message is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone and return the original message to the sender at the above address via US Mail.   S:\MEDIATION-ADR PROGRAM\J2Qu05WFO\PSDuE4\0466.wpd