EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| AS AMENDED AND SUPPLEMENTED - SEE EXTRA SHEET | ☐ FEPA  ☒ EEOC | 100-2004-00466 |

D.C. Office of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Date of Birth |
|---|---|
| Mr. Vincent Kensil | 08-26-1942 |

Street Address: 10105 Brunette Avenue, Silver Spring, MD 20901

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. with Area Code |
|---|---|---|
| UNION LABOR LIFE INSURANCE CO. | 500 or more | (202) 682-6673 |

Street Address: 111 Massachusetts Ave., N.W., Washington, D.C. 20001

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest _____
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began employment with the above named Respondent, Union Labor Life Insurance Company ("ULLICO"), in November 1989 and recently held the position of Assistant Vice-President for Direct Marketing with ULLICO and with Union Care, Inc., (which was learned recently). On November 13, 2003, I was notified by President Ed Grebow that the Direct Marketing Department would be sold. Some employees were advised that a male employee (40's), Mark Hill, was introduced as the new head of the department and was given the same title as myself, *i.e.*, Mark Hill's title is "Assistant Vice President." I was advised that I would not be part of the joint venture and was asked to announce to my employees that I was leaving voluntarily. I refused to comply with his request. I was offered a severance package by Respondent, however, I refused to sign their release agreement and declined their severance. My last day of employment with the Respondent was December 30, 2003.

II. Respondents, including Grebow and Hill, have provided no reasonable explanation for these actions.

III. I believe that I was discriminated against because of my age, 61 years, in violation of the Age Discrimination in Employment Act.

Continued on extra sheet . . . . . . .

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

01/17/05 — Charging Party Signature

NOTARY – When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
Montgomery County, State of Maryland
Subscribed and sworn to before me, in my presence, this 17th day of January, 2005

by Vincent Kensil

William Farley — Notary Public
WILLIAM P. FARLEY

ORIGINAL

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>AMENDED AND SUPPLEMENTED CHARGE OF DISCRIMINATION [1]<br>EXTRA SHEET | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

_____ and EEOC
State or local Agency, if any

THE PARTICULARS ARE (Continued from previous page):

### Amendment and Supplement to Charge of Discrimination

The following text is to be added to the bottom of the charge of discrimination as item IV.

IV. In addition to Grebow and the 40 year-old employee who replaced me, Mark Hill, as persons who are responsible for causing the discrimination against me on the basis of my age, I have learned that Mark Singleton may have been responsible and he too is a respondent. Singleton (senior vice president and chief financial officer) is an officer of my former employer, Union Labor Life Insurance Company, as are Grebow (president) and Hill (assistant vice president). Also, I have learned that a second corporation, UnionCare, Inc., reported to the State of Maryland that I had been an assistant vice president of that corporation even though my pay checks came from Union Labor Life Insurance Company, and it too may be considered my employer. UnionCare, Inc. and Union Labor Life Insurance Company, it must be pointed out, are wholly-owned subsidiaries of a holding company named ULLICO, Inc., which owns all of the stock of both Union Labor Life Insurance Company and UnionCare, Inc. For that reason, ULLICO could also be considered my employer and a respondent. Grebow and Singleton are both officers of ULLICO, Inc. Grebow is an officer of UnionCare, Inc. ULLICO is responsible together with the other two corporations and the three individuals.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 01/17/05    *[signature]*<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) Montgomery County, State of Maryland<br>Subscribed and sworn to before me, in my presence, this ___ day of January, 2005<br>by _____<br>WILLIAM P. FARLEY    Notary Public |

ORIGINAL