

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington Field Office

1801 L Street, N. W., Suite 100
Washington, D. C. 20507
(202) 419-0700
TTY (202) 419-0702
FAX (202) 419-0740

JUL 0 5 2005

Mr. Vincent Kensil
10105 Brunette Ave.
Silver Spring, Md. 20901



Re:     Vincent Kensil v. Union Labor Life Insurance Co.
        Charge Number 100-2004-00466

Dear Mr. Kensil:

    Enclosed is the Notice of Right to Sue that your attorney, Michael Tarone, requested on June 23, 2005.

    The Equal Employment Opportunity Commission is closing your case. Therefore, your lawsuit under the Age Discrimination in Employment Act must be filed in federal or state court within 90 days of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

                                 Sincerely,

                                 Lyn J. McDermott
                                 Investigator

Enclosure

cc:     Michael Tarone, Esq.
        Karl & Tarone
        Suite 1250
        900 Seventeenth St., N.W.
        Washington, D.C. 20006

        Patrick McGlone, Esq.
        ULLICO Inc.
        1625 Eye St., N.W.
        Washington, D.C. 20006

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: Vincent Kensil
10105 Brunette Avenue
Silver Spring, MD 20901

From: Washington Field Office
1801 L Street, N.W.
Suite 100
Washington, DC 20507

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 100-2004-00466 | Janet Stump, Acting Enforcement Supervisor | (202) 419-0700 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

☐ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court **WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_signature: Dana Hutter_

Dana Hutter,
Director

JUL 05 2005
(Date Mailed)

Enclosure(s)

cc: Patrick McGlone, Esq.
ULLICO Inc.
1625 Eye St., N.W.
Washington, DC 20006

Michael Tarone, Esq.
Karl & Tarone
Suite 1250
900 Seventeenth St., N.W.
Washington, D.C. 20006