**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VINCENT J. KENSIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05 2261 ESH |
| ) | |
| THE UNION LABOR LIFE INSURANCE ) | **[PROPOSED] ORDER** |
| COMPANY, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court, having read and considered all the papers submitted in support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and in opposition thereto, the oral arguments of counsel and the entire record in this action, and the matter having been duly heard and for good cause shown, it is hereby

**ORDERED** that Defendants' Motion to Dismiss with regard to Defendants UnionCare, Inc., ULLICO Inc., ULLICO Management Company, Inc., and individual Defendants Edward Grebow, Mark Singleton and Mark Hill is **GRANTED**.

Dated: _____

ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

C. Michael Tarone
Karl & Tarone
900 17th Street, N.W., Suite 1250
Washington, D.C.  20006
(202) 293-3200
Attorney for Plaintiff

Neal D. Mollen
John P. Isa
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
875 15th Street, N.W.
Washington, D.C.  20005
(202) 551-1700
Attorneys for Defendants