Attachment 4

## FY 2005 EXTENSION OF WORKSHARING AGREEMENT

Inasmuch as there have been no substantive changes in the processes, procedures, statutes, policies or regulations that would adversely affect or substantially alter the worksharing arrangement between the Washington Field Office  e) District Office and the D.C. Office of Human Rights, or that would affect the processing of charges filed under the pertinent Federal, state or local statutes, the parties agree to extend the current worksharing agreement that was executed on ___(Date of current WSA)___ through the FY 2005 Charge Resolution Contract Option Period. This agreement, as well as the attendant Worksharing Agreement may be reopened and amended by mutual consent of the parties.

_____        8/25/04
For the FEPA                                    Date

_____        8/25/04
For the EEOC District Office               Date