UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mr. Vincent J. Kensil,<br><br>    Plaintiff,<br><br>        v.<br><br>Union Labor Life Insurance Company,<br>UnionCare, Inc., ULLICO, Inc., ULLICO<br>Management Company, Inc., Edward Grebow,<br>Mark Ernest Singleton, and Mark M. Hill,<br><br>    Defendants. | Civ. Act. No.05-cv-2261 (ESH) |

### PLAINTIFF'S CONSENT MOTION TO STAY
### PENDING RESOLUTION OF PLAINTIFF'S
### MOTION TO REMAND

Plaintiff Vincent J. Kensil respectively moves the Court with the consent of Defendants to stay this action, and which has been presently pending motion to dismiss until the motion to remand that Plaintiff will file is resolved.

This action was removed to this Court on November 21, 2005. Defendants filed an Answer to the First Amended Complaint and the Motion to Dismiss on November 29, 2005.

Because the motion to remand, if granted, will result in this action being remanded or dismissed under 28 U.S.C. § 1367, we respectfully submit that the motion granting remand will make it unnecessary to rule on the motion to dismiss. A stay would be in the interest of justice and judicial economy.

      WHEREFORE, Plaintiff requests that this motion be granted.

                                                        Respectfully submitted,

December 12, 2005                                /s/
                                          C. Michael Tarone, Esquire
                                          Bar No. 159228
                                          Karl & Tarone
                                          900 17th Street, NW, Suite 1250
                                          Washington, D.C. 20006
                                          (202) 293-3200

                                            Counsel for Plaintiff
                                            VINCENT KENSIL

## CERTIFICATE OF SERVICE

      I, C. Michael Tarone, certify that on December 12, 2005, I served a copy of the foregoing Motion on the parties herein electronically as follows:

                              Neal D. Mollen, Esquire
                              Paul Hastings
                              875 15th Street, N.W.
                              Washington, DC 20005

                                          /s/
                              C. Michael Tarone, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Mr. Vincent J. Kensil, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. Act. No.05-cv-2261 (ESH) |
| Union Labor Life Insurance Company, | ) | |
| UnionCare, Inc., ULLICO, Inc., ULLICO | ) | |
| Management Company, Inc., Edward Grebow, | ) | |
| Mark Ernest Singleton, and Mark M. Hill, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Plaintiff's Consent Motion to Stay Pending Resolution of Plaintiff's Motion to Remand, the lack of opposition thereto and the entire record herein, it is this _____ day of December 2005 hereby

ORDERED that the motion be and hereby is granted; and it is

FURTHER ORDERED that this action is stayed pending determination of the motion to remand.

SO ORDERED.

_____
Ellen Siegel Huvelle
District Court Judge

Copies to: See next page

S:\KensilAmended (First) Complaint

Copies to:

C. Michael Tarone, Esquire
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006

Neal D. Mollen, Esquire
Paul Hastings
875 15th Street, N.W.
Washington, DC 20005