EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 100-2004-00466 |

**D.C. Office Of Human Rights** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Vincent Kensil | (301) 681-7649 | 08-26-1942 |

Street Address: 10105 Brunette Avenue, Silver Spring, MD 20901

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| UNION LABOR LIFE INSURANCE Co. | 500 or More | (202) 682-6673 |

Street Address: 111 Massachusetts Ave, N.W., Washington, DC 20001

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☒ AGE   ☐ DISABILITY   ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-01-2002   Latest: 12-30-2003
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I began employment with the above named Respondent in November 1989 and recently held the position of Assistant Vice-President, Direct Marketing and Assistant Vice-President, Business Development. In 2002, I applied for a promotional position (verbally promised to me), but was not considered. A younger man (40's) was brought in from outside the company. I was told that the reason I was not considered was an "age thing". On November 13, 2003, I was told by the President ULLICO, Ed Grebow, that the Direct Marketing business was being transferred to a joint venture with the AFL-CIO, and I would be dismissed by years end. I was told that I could apply for a job in the new joint venture. On November 14, 2003, a new, younger male employee (30's), Mark Hill, was introduced as the new head of the department and he was given one of my two titles. Mark Hill told me that I would not be offered a job in the joint venture and he asked me to announce to my subordinates that I was leaving ULLICO voluntarily, but I refused. I was offered a severance package by the Respondent, however, I refused to sign their release agreement and declined the severance. My last day of employment with the Respondent was December 30, 2003.

II. Respondent has provided no reasonable explanation for these actions.

III. I believe that I was discriminated against because of my age, 61 years, in violation of the Age Discrimination in Employment Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

04-07-04   /s/ Vincent Kensil
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)