**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VINCENT J. KENSIL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNION LABOR LIFE INSURANCE ) <br> COMPANY, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 05 2261 ESH <br><br> **[PROPOSED] ORDER** |

## ORDER

The Court, having read and considered all the papers submitted regarding Plaintiff's Motion to Remand and Defendants' opposition thereto, the oral arguments of counsel and the entire record in this action, and the matter having been duly heard and for good cause shown, it is hereby

**ORDERED** that Plaintiff's Motion to Remand is **DENIED, and**

**ORDERED** that Plaintiff file his opposition brief to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint within ten (10) days of the entry of this order.

Dated: _____ _____
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

C. Michael Tarone
Karl & Tarone
900 17th Street, N.W., Suite 1250
Washington, D.C. 20006
(202) 293-3200
Attorney for Plaintiff

Neal D. Mollen
John P. Isa
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700
Attorneys for Defendants