UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mr. Vincent J. Kensil,           )<br>                                          )<br>        <u>Plaintiff</u>,                    )<br>                                          )<br>             v.                          )<br>                                          )<br>Union Labor Life Insurance Company,  )<br>UnionCare, Inc., ULLICO, Inc., ULLICO )<br>Management Company, Inc., Edward Grebow, )<br>Mark Ernest Singleton, and Mark M. Hill, )<br>                                          )<br>        <u>Defendants.</u>            )  | Civ. Act. No.05-cv-2261 (ESH) |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF
TIME OF TWO DAYS TO FILE A REPLY TO
THE OPPOSITION TO THE MOTION TO REMAND
AND MEMORANDUM IN SUPPORT**

Plaintiff, Vincent J. Kensil, respectively moves the Court for time relief under Fed. R. Civ. P. 6(b)(1), to allow two additional day to file a reply to defendants' opposition to the motion to remand, or in the alternative to file a supplemental memorandum. Defendants could not consent to this motion due to the short notice and are expected to consult with their counsel tomorrow.

Plaintiff seeks to supplement the arguments raised in the motion to remand in order to address other factors enumerated under 28 U.S.C. § 1367(c), in addition to the factor stated in the motion filed on December 22, 2005. Subsection (c) of § 1367 identifies four factors, (c)(1) - (4); the implications of economy, convenience and fairness are relevant under the facts here when the court takes up the issue of whether to remand or retain jurisdiction over the supplemental state claims.

Plaintiff consulted with Defendants' counsel late this afternoon regarding the Plaintiff's desire to raise additional arguments in support of the motion and to make provision for Defendants to have the opportunity to address those additional arguments. Defendants' counsel was gracious in considering the matter today and asked for the opportunity to consult with his clients but understandably needed to consult with this clients. Counsel raised the possibility of a reply coupled with an opportunity for Defendants to file a surreply; he did not consent to this approach. With the two days of additional days, there is the possibility, but not the assurance, of consent to the motion. While this is not a consent motion, we are grateful for Defendants' counsel's cooperation and courtesy.

WHEREFORE plaintiff requests that this motion be granted for good cause shown.

Respectfully submitted,

January 9, 2005 /s/
C. Michael Tarone, Esquire
Bar No. 159228
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, D.C. 20006
(202) 293-3200

Counsel for Plaintiff
VINCENT KENSIL

## CERTIFICATE OF SERVICE

    I, C. Michael Tarone, certify that on January 9, 2006, I served a copy of the foregoing motion on the parties herein electronically as follows:

>Neal D. Mollen, Esquire
>Paul Hastings
>875 15th Street, N.W.
>Washington, DC 20005

                                       /s/
                            C. Michael Tarone, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Mr. Vincent J. Kensil, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Act. No.05-cv-2261 (ESH) |
| Union Labor Life Insurance Company, UnionCare, Inc., ULLICO, Inc., ULLICO Management Company, Inc., Edward Grebow, Mark Ernest Singleton, and Mark M. Hill, | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion for Time Relief of Two Days to File a Reply to the Opposition to the Motion to Remand, the opposition thereto, and the entire record herein, it is this _____ day of January 2006 hereby

ORDERED that the motion be and hereby is granted for good cause shown; and it is

FURTHER ORDERED that the request for two additional days to file a reply is granted.

SO ORDERED.

_____
Ellen Siegel Huvelle
District Court Judge

Copies to: See Next Page

C. Michael Tarone, Esquire
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006

Neal D. Mollen, Esquire
Paul Hastings
875 15th Street, N.W.
Washington, DC 20005