UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VINCENT J. KENSIL,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.  : | Civil Action No. 05-2261 (ESH) |
| : | |
| **THE UNION LABOR LIFE INSURANCE** : | |
| **COMPANY, INC.,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

The Court has before it plaintiff's Motion to Remand and defendants' opposition thereto. Plaintiff has also filed a motion for additional time to file an additional memorandum of law. The Court has no need for any further filings, and although it appreciates the merit of defendants' position and recognizes that plaintiff's manipulative tactics should not be tolerated, it is unwilling to exercise its discretion to retain this case, since this matter properly belongs in the Superior Court of the District of Columbia. Accordingly, it is this 10th day of January, 2006, hereby

**ORDERED** that plaintiff's Motion to Remand is **GRANTED** and the Clerk of Court is directed to remand this matter forthwith to the Superior Court of the District of Columbia; and it is

**FURTHER ORDERED** that all other motions are **DENIED AS MOOT**.

                             s/
ELLEN SEGAL HUVELLE
United States District Judge